# Exhibit 1

EFiled: Aug 14 2020 12:16PM EDT
Transaction ID 65849358
Case No. N20C-06-237 DCS

8-13-20

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOHN THOMAS KLEIN, | ) | |
| Plaintiff | ) | C.A. No. |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT LEE WILLIAMS and | ) | Jury Trial by Twelve Demanded |
| KUHNLE BROTHERS, INC., | ) | |
| Defendants | ) | |

## PRAECIPE – LONG ARM

TO: PROTHONOTARY
Superior Court of the State of Delaware
500 King Street
Lower Level 1, Suite 500
Wilmington, Delaware 19801

PLEASE ISSUE A SUMMONS and a copy of the Complaint to the Plaintiff's counsel of record, commanding him to summon and direct Defendants to answer the Complaint by serving the Defendants with the Summons and a copy of the Complaint at the Defendants' addresses in accordance with 10 Del. C. §3104.

Defendant Robert Lee Williams is a resident of the Commonwealth of Pennsylvania and can be served pursuant to 10 Del. C. §3104 at his abode at 149 3rd Ave., P.O. Box 37, Heilwood, PA 15745.

Defendant, Kuhnle Brothers, Inc., is an Ohio Corporation operating in Delaware and can be served pursuant to 10 Del. C. §3104 by serving its President, Kim Thomas Kuhnle, at Defendant's office at 14905 Cross Creek PO Box 375 Newbury, OH 44065.

RAMUNNO & RAMUNNO, P.A

/s/ L. VINCENT RAMUNNO
**L. VINCENT RAMUNNO**
Bar ID # 594
903 N. French Street
Wilmington, DE 19801-3399
Attorney for Plaintiff
(302) 656-9400

(3) writs $2 a 3104



August 17, 2020

0 4804 5458

149 3rd Ave.
P.O. Box 37

alf, I have
occurred

cording to
the privilege

n the Superior
letter is as

I would suggest that you notify your insurance company immediately of this suit. I would also suggest that you contact your attorney immediately if your insurance company does not provide one for you. Please be advised that an Answer must be filed within 20 days or a default judgment can be entered against you.

Very truly yours,

**L. VINCENT RAMUNNO**

LVR/pwd
Enclosures
cc:   Client

EFiled: Aug 24 2020 04:52PM EDT
Transaction ID 65872347
Case No. N20C-06-237 DCS

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE

# USPS Tracking®

Track Another Package +

**Tracking Number:** 70180040000048045458

Remove ✕

Your item was picked up at the post office at 9:33 am on August 21, 2020 in HEILWOOD, PA 15745.

## ✓ Delivered

August 21, 2020 at 9:33 am
Delivered, Individual Picked Up at Post Office
HEILWOOD, PA 15745

Get Updates ⌄

Feedback

---

Text & Email Updates ⌄

---

Tracking History ⌃

August 21, 2020, 9:33 am
Delivered, Individual Picked Up at Post Office
HEILWOOD, PA 15745
Your item was picked up at the post office at 9:33 am on August 21, 2020 in HEILWOOD, PA 15745.

August 21, 2020, 8:36 am
Available for Pickup
HEILWOOD, PA 15745

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

| | | |
|---|---|---|
| JOHN THOMAS KLEIN, | ) | |
| Plaintiff | ) | C.A. No. N20C-06-237 DCS |
| vs. | ) | |
| | ) | |
| ROBERT LEE WILLIAMS and | ) | Jury Trial by Twelve Demanded |
| KUHNLE BROTHERS, INC., | ) | |
| Defendants | ) | |

**PROOF OF MAILING – RULE 4(F)(4)**

I, LAWRENCE A. RAMUNNO, ESQUIRE, being duly sworn, do depose and say that I am the attorney for the Plaintiff in the above captioned action and that on August 18, 2020 a copy of the Summons and Complaint and process together with the notice required by 10 Del. C. Section 3104 was sent Certified Mail, Return Receipt Requested to Defendant Robert Lee Williams, a non-resident Defendant, at the address specified on the attached receipt.  On or about August 24, 2020, the Return Receipt was returned to the sender signed but not dated. USPS Tracking Results indicate the Certified Mail was delivered on August 21, 2020.  The notice required by 10 Del. C. Section 3104 was contained in the envelope at the time it was mailed. The original receipt and return receipt are attached hereto as Exhibit A and the USPS Tracking Results are attached hereto as Exhibit B.

                                                        RAMUNNO & RAMUNNO, P.A.
                                                        */s/ LAWRENCE A. RAMUNNO*
                                                        **LAWRENCE A. RAMUNNO (#732)**
                                                        903 N. French Street, Wilm., DE 19801
                                                        Attorney for Plaintiff
                                                         (302)656-9400

STATE OF DELAWARE    :
                                    : SS.
NEW CASTLE COUNTY   :

      SWORN TO AND SUBSCRIBED before me this 24th day of April, 2020.

                                                         */s/ Vincent Ramunno, Jr.*
                                                         Vincent Ramunno, Jr., Esquire (#3861)
                                                         Notary Public

# Exhibit 2

EFiled: Jun 23 2020 10:25AM EDT
Transaction ID 65717870
Case No. N20C-06-237 DCS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOHN THOMAS KLEIN, | ) | |
|     Plaintiff | ) | C.A. No. |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT LEE WILLIAMS and | ) | Jury Trial by Twelve Demanded |
| KUHNLE BROTHERS, INC., | ) | |
|     Defendants | ) | |

## COMPLAINT – AUTO

1. The Plaintiff is a resident of the State of New Jersey.

2. Defendant Robert Lee Williams is a resident of the Commonwealth of Pennsylvania and can be served pursuant to 10 Del. C. §3104 at his abode at 149 3rd Ave., P.O. Box 37, Heilwood, PA 15745.

3. Defendant, Kuhnle Brothers, Inc., is an Ohio Corporation operating in Delaware and can be served pursuant to 10 Del. C. §3104 by serving its President, Kim Thomas Kuhnle, at Defendant's office at 14905 Cross Creek, P.O. Box 375, Newbury, OH 44065.

4. On or about October 4, 2018, Plaintiff was a passenger in a motor vehicle when it was violently struck from the side on Westbound Christiana Road/Delaware State Route 273, at the intersection of Christiana Road/Delaware State Route 273 and Chapman Road, 3.12 miles from Newark, Delaware, by a motor vehicle driven by Defendant Robert Lee Williams while in pursuance and furtherance of the business of his employer, Defendant Kuhnle Brothers, Inc.

5. The accident was caused by the negligence of the Defendant, Robert Lee Williams while in pursuance and furtherance of the business of his employer, Defendant Kuhnle Brothers, Inc.

6. Defendant Robert Lee Williams was negligent in that he:
    a. Failed to keep a proper lookout, in violation of 21 Del. C. §4176(b);
    b. Failed to keep the motor vehicle under control;
    c. Failed to drive with due regard for the safety of all persons using the highway;
    d. Drove the vehicle in a careless, imprudent, or inattentive manner, in violation of 21 Del. C. §4176;
    e. Drove the vehicle too fast for conditions, in violation of 21 Del. C. §4176;
    f. Failed to obey a traffic control device, in violation of 21 Del. C. §4107(a);
    g. Failed to stop and remain stopped at a red traffic light, in violation of 21 Del. C. §4108;
    h. Entered the intersection and turn his vehicle when it was not safe to do so, in violation of 21 Del. C. §4108;
    i. Failed to yield the right of way to a vehicle already in the intersection, in violation of 21 Del. C. §4131(a);
    j. Drove vehicle in willful and wanton disregard for the safety of persons and property, in violation of 21 Del. C. §4175(a);
    k. Defendant had the last clear chance to avoid the accident; and
    l. Was otherwise negligent as evidence and discovery may show.

7. The accident was caused by the negligence of Defendant Robert Lee Williams, Defendant Kuhnle Brothers, Inc.'s employee, while in pursuance and furtherance of employer's business. The Defendant Kuhnle Brothers, Inc., as the employer of the aforesaid truck driver, is legally responsible for the negligent actions of the driver, its employee/agent/servant.

8. As a direct and proximate result of Defendant Robert Lee Williams's aforesaid negligence, Plaintiff suffered, is suffering, and will continue to suffer from painful, permanent, and disabling injuries of the body and/or mind, including, but not limited to, injuries to Plaintiff's head, neck, upper back, mid back, low back, hip both legs, left arm and left forearm.

9. As a further direct and proximate result of Defendant Robert Lee Williams's negligence, the Plaintiff has incurred substantial medical expenses, loss of earnings, and loss of earning capacity and will continue to suffer the same for an indefinite time in the future.

WHEREFORE, Plaintiff demands judgment against the Defendants, jointly and severally, for compensatory damages, plus interest and costs of this action.

RAMUNNO & RAMUNNO, P.A.

/s/ L. VINCENT RAMUNNO
**L. VINCENT RAMUNNO**
BAR ID # 594
903 N. French Street
Wilmington, DE 19801
Attorney for Plaintiff
(302) 656-9400

**EFiled: Jun 23 2020 10:25AM EDT**
**Transaction ID 65717870**
**Case No. N20C-06-237 DCS**

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOHN THOMAS KLEIN, | ) | |
|     Plaintiff | ) | C.A. No. |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT LEE WILLIAMS and | ) | Jury Trial by Twelve Demanded |
| KUHNLE BROTHERS, INC., | ) | |
|     Defendants | ) | |

### SUMMONS – LONG ARM

THE STATE OF DELAWARE
TO THE PLAINTIFF'S COUNSEL
YOU ARE COMMANDED:

    To summon the Defendants so that, within 20 days after service hereof upon said Defendants, exclusive of the day of service, Defendants shall serve upon L. Vincent Ramunno, 903 North French Street, Wilmington, Delaware 19801, Plaintiffs' attorney, an answer to the complaint (and, if an Affidavit of Demand has been filed, an Affidavit of Defense.)

                                By:   */s/ LISA M. GONZALEZ*
                                        LISA M. GONZALEZ, Chief Deputy Prothonotary

                                    _____
                                    Per Deputy

TO THE ABOVE-NAMED DEFENDANTS:

    In case of your failure, within 20 days after service hereof upon you, exclusive of the day of the service, to serve on Plaintiff's attorney named above an Answer to the Complaint (and, if an Affidavit of Demand has been filed, an Affidavit of Defense), judgment by default will be rendered against you for the relief demanded in the Complaint (or in the Affidavit of Demand, if any).

                                By:   */s/ LISA M. GONZALEZ*
                                        LISA M. GONZALEZ, Chief Deputy Prothonotary

                                    _____
                                    Per Deputy

EFiled: Jun 23 2020 10:25AM EDT
Transaction ID 65717870
Case No. N20C-06-237 DCS

# SUPERIOR COURT
# CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY: [X] N  [ ] K  [ ] S          CIVIL ACTION NUMBER: _____

| | |
|---|---|
| CAPTION:<br><br>JOHN THOMAS KLEIN<br><br>vs.<br><br>ROBERT LEE WILLIAMS and KUHNLE BROTHERS, INC. | Civil Case Code: **CPIA** (Personal Injury Auto)<br><br>Civil Case Type: Personal Injury Auto<br>(SEE REVERSE SIDE FOR CODE AND TYPE)<br><br>MANDATORY NON-BINDING ARBITRATION (MNA): [ ]<br><br>Name and Status of Party filing document:<br><br>John Thomas Klein (Plaintiff)<br><br>Document Type: (E.G.; COMPLAINT, ANSWER WITH COUNTERCLAIM)<br><br>CIVIL COMPLAINT<br><br>JURY DEMAND: YES [X] NO [ ] |
| ATTORNEY NAME(S)<br>L. Vincent Ramunno<br><br>ATTORNEY ID(S)<br>#594<br><br>FIRM NAME<br>Ramunno & Ramunno, P.A.<br><br>ADDRESS:<br>903 N. French St., Wilmington, DE 19801<br><br>TELEPHONE NUMBER:<br>(302) 656-9400<br><br>FAX NUMBER:<br>(302) 656-9344<br><br>E-MAIL ADDRESS:<br>**LarRamunno@yahoo.com** | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT OR ANY RELATED CASES THAT HAVE BEEN CLOSED IN THIS COURT WITHIN THE LAST TWO YEARS BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS:<br><br><br>EXPLAIN THE RELATIONSHIP(S)<br><br><br><br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:<br><br><br><br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

**THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEASING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEASING PROCESSED FOR SERVICE MAY RESULT IN DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.**